1 **DALE A. BLICKENSTAFF** - #40681
2350 West Shaw Avenue, Suite 132
2 Fresno, California 93711
(559) 432-0986 Telephone
3 (559) 432-4871 Facsimile

4
Attorney for Defendant, TONY DEWAYNE WOODRUFF
5

6

7 IN THE UNITED STATES DISTRICT COURT FOR THE

8 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, ) **Case No. 1:04-cr-05147 OWW**
   |                             )
11 |             Plaintiff,      ) **STIPULATION AND PROPOSED**
   |                             ) **ORDER FOR RESETTING OF**
12 | v.                          ) **SENTENCING HEARING**
   |                             )
13 | TONY DEWAYNE WOODRUFF        ) Date:   April 6, 2009
   |                             ) Time:   9:00 a.m.
14 |             Defendant.      ) Judge:  Oliver W. Wanger
   |                             )
15 | _____ )

16    IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the hearing date set for sentencing be continued to

18 April 13, 2009 at 9:00 a.m.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

**Stipulation and Order for a Resetting of Sentencing Hearing**
**Case No.:1:04-cr-05147 OWW**

Counsel for defendant will be on vacation during the week beginning April 6, 2009. Counsel failed to remember this conflict at the time the hearing was set.

U.S. Probation Officers, Hubert Alvarez and Brian Bedrosian have been notified of the proposed resetting and have no objection.

Respectfully submitted,

DATED: March 5, 2009  /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant,
TONY DEWAYNE WOODRUFF

DATED: March 5, 2009  /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, Jr.
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   March 5, 2009**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE